Jimmy Elwin NEWTON et al., Appellants,

v.

The STATE of Texas, Appellee.

No. 37133.

Court of Criminal Appeals of Texas.

Oct. 21, 1964.

Robert B. Billings, Dallas, for appellants.

Henry Wade, Dist. Atty., Ben F. Ellis and C. M. Turlington, Asst. Dist. Attys., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

This is an appeal by a surety in a bond forfeiture case.

No brief has been filed in this Court as required by Rule 414, Rules of Civil Procedure, which is applicable in bond forfeiture cases. Art. 866 Vernon's Ann.C.C.P.

Failure to comply with the rule mentioned authorizes dismissal of the appeal. Rule 415 R.C.P.; Sherrill v. State, Tex.Cr. App., 375 S.W.2d 721, and cases cited under Note 1, Art. 866, V.A.C.C.P.

The appeal is dismissed.